```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 02907
   VERONICA WRIGHT
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-9429


-------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 02/08/08 and confirmed on 05/15/08.

     2.   The case was dismissed after confirmation, 09/05/2008.

     3.   The Debtor paid a total of $     850.00 .

     4.   The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
-------------------------------------------------------------------------------
TRIAD FINANCIAL CORP        SECURED VEHIC    17025.00            .00          300.00
ILLINOIS TITLE LOANS        UNSECURED        NOT FILED           .00            .00
THE CHICAGO DEPT OF REVE    UNSECURED        NOT FILED           .00            .00
FIRST PREMIER BANK          UNSECURED        NOT FILED           .00            .00
GEMB                        UNSECURED        NOT FILED           .00            .00
H & R ACCOUNTS              UNSECURED        NOT FILED           .00            .00
HARVARD COLLECTION SERVI    UNSECURED        NOT FILED           .00            .00
NCO FINANCIAL SYSTEMS       UNSECURED        NOT FILED           .00            .00
SHARON KALUZA               UNSECURED        NOT FILED           .00            .00
TRIAD FINANCIAL CORP        UNSECURED         1301.05            .00            .00
USA FUNDS                   UNSECURED        NOT FILED           .00            .00
INTERNAL REVENUE SERVICE    PRIORITY         NOT FILED           .00            .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                   SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  17025.00        .00      1301.05        .00       18326.05
PRINCIPAL PAID        300.00        .00          .00        .00         300.00
INTEREST PAID            .00        .00          .00        .00            .00
TOTAL PAID            300.00        .00          .00        .00         300.00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC        , was allowed $    3500.00
and was paid $     16.00   direct and $    500.70   through the plan.

The Trustee received $      49.30 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 12/17/08                         /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```